## TABLE OF CONTENTS

I.   BACKGROUND OF RELEVANT FACTS . . . . . . . . . . . . . . . . . 2

II.  STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . 4

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

     A.   There is No Products Liability Claim
        for Services and Training Materials. . . . . . . . . 5

          1.   Services Are Not "Products". . . . . . . . . . . 6

          2.   Ideas and Expressions Are Not
             "Products". . . . . . . . . . . . . . . . . . . 8

          3.   Training and Training Materials
             Are Not "Products" . . . . . . . . . . . . . . 10

     B.   Plaintiff's Strict Products Liability
        Claim Must Be Dismissed Because the DSD
        Program is not a "Product". . . . . . . . . . . . . 12

     C.   There Can Be No Claim for Negligent
        Manufacture Because there is no "Product". . . . . 14

     D.   Plaintiff Cannot Maintain a Breach of
        Warranty Claim Because the DSD Program
        is not a Product. . . . . . . . . . . . . . . . . . 16

     E.   Plaintiff's Claims of Gross Negligence
        and Wilful and Wanton Indifference is a
        Claim of Punitive Damage. . . . . . . . . . . . . . 18

     F.   A Failure to Warn/Fraudulent Concealment
        Claim Is a Product Defect Claim that
        Requires the Existence of a "Product". . . . . . . 20

     G.   Plaintiffs Sheryll Clayppol, Scott Claypool,
        and Kristin Claypool's Emotional Distress
        Claim and Plaintiff Sheryll Claypool's
        Loss of Consortium Claim Fail Because
        They are Derivative of Plaintiff Dennis
        Claypool's Products Liability Claims. . . . . . . . 22

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . 23